THOMAS E. MOSS, Idaho Bar No. 1058
United States Attorney
WENDY J. OLSON
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV, Suite 600
800 Park Boulevard
Boise, Idaho 83712
Telephone: (208) 334-1211
Facsimile: (208) 334-1413

LORETTA KING
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division
ERIN ASLAN
Trial Attorney
Criminal Section - PHB 5810
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530
Telephone: (202) 514-3204
Facsimile: (202) 514-8336

U.S. COURTS

FEB 11 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BULLARD,<br>JENNIFER J. HARTPENCE, a/k/a<br>   JENNIFER ERICKSON,<br>RICHARD C. ARMSTRONG, and<br>JAMES D. WHITEWATER,<br><br>Defendants. | CR No. CR 09-0033-SEJL<br><br>INDICTMENT<br><br>18 U.S.C. § 241<br>18 U.S.C. §§ 245 and 2 |

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Vio. 18 U.S.C. § 241)

On or about July 4, 2008, in Nampa, in Canyon County, in the District of Idaho, defendants

Michael J. Bullard,

-1-

        Jennifer J. Hartpence, a/k/a

        Jennifer Erickson,

        Richard C. Armstrong, and

        James D. Whitewater

did knowingly and willfully conspire and agree with one another to injure, oppress, threaten, and intimidate R.S., an African-American man, in the free exercise and enjoyment of a right secured to him by the Constitution and laws of the United States; that is, the right to use a place of public accommodation free from interference based on race, color, and national origin.

It was part of the plan and purpose of this conspiracy to threaten and assault R.S. at a Wal-Mart Supercenter store ("Wal-Mart") in Nampa, Idaho, and thereby injure, intimidate, and interfere with R.S.'s right to use a place of public accommodation.

## OVERT ACTS

In furtherance of this conspiracy and to accomplish its objectives, the conspirators committed the following overt acts, among others, all of which occurred on or about July 4, 2008, within the District of Idaho:

    1.    Defendants Michael J. Bullard, Jennifer J. Hartpence, a/k/a Jennifer Erickson, Richard C. Armstrong, and James D. Whitewater encountered R.S. inside Wal-Mart. As the defendants were at the checkout line and walking toward the Wal-Mart exit, they discussed physically beating R.S.

    2.    In preparation for this beating, as the defendants were leaving Wal-Mart, defendant Michael J. Bullard removed his watch and items from his pockets and handed them to defendant Jennifer J. Hartpence, a/k/a Jennifer Erickson, who safeguarded the belongings in her purse.

    3.    Outside Wal-Mart, defendants Jennifer J. Hartpence, a/k/a Jennifer Erickson, Richard C. Armstrong, and James D. Whitewater waited near the entrance for R.S. to exit the

store, while defendant Michael J. Bullard positioned himself a few feet away in the parking lot. A few minutes later, defendants Jennifer J. Hartpence, a/k/a Jennifer Erickson, Richard C. Armstrong, and James D. Whitewater saw R.S. leaving Wal-Mart and alerted defendant Michael J. Bullard of his imminent arrival in the parking lot.

4. When R.S. walked out of Wal-Mart, defendant Michael J. Bullard approached him and said, among other things, "What country do you think you're in?" or words to that effect. Defendant Michael J. Bullard then threw a lit cigarette at R.S., and defendants Jennifer J. Hartpence, a/k/a Jennifer Erickson, Richard C. Armstrong, and James D. Whitewater yelled, "Get 'em! Get 'em! Get the 'nigger!'" or words to that effect.

5. As R.S. turned and ran away from the group through the Wal-Mart parking lot, defendant Michael J. Bullard chased him, followed by defendants Richard C. Armstrong and James D. Whitewater.

6. Defendant Michael J. Bullard tackled R.S. near the edge of the parking lot, causing R.S. to fall to the ground. Defendant Michael J. Bullard then repeatedly hit and kicked R.S.

7. Soon thereafter, defendants Richard C. Armstrong and James D. Whitewater arrived and also hit and kicked R.S. as he lay on the ground.

The actions taken in furtherance of the conspiracy resulted in bodily injury to R.S.

All in violation of 18 U.S.C. § 241.

## COUNT TWO
(Vio. 18 U.S.C. §§ 245, 2)

On or about July 4, 2008, in Nampa, in Canyon County, in the District of Idaho, defendants

Michael J. Bullard,

Jennifer J. Hartpence, a/k/a

Jennifer Erickson,

Richard C. Armstrong, and

James D. Whitewater,

while aiding and abetting one another, did, by force and threat of force, willfully injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with R.S., an African-American man, because of R.S.'s race, color, and national origin, and because R.S. was enjoying the goods, services, facilities, privileges, advantages, and accommodations of an establishment within the premises of which is physically located a restaurant and place of entertainment; that is, the defendants yelled racial slurs at, threatened, chased, and repeatedly hit and kicked R.S. at a Wal-Mart Supercenter store in Nampa, Idaho, which is an establishment that serves the public and within which were physically located a McDonald's restaurant and a video game arcade. This offense resulted in bodily injury to R.S.

All in violation of 18 U.S.C. §§ 245(b)(2)(F) and 2.

DATED this 11th day of February, 2009.

A TRUE BILL

*Signature on Reverse*

_____
Foreperson

THOMAS E. MOSS
United States Attorney
District of Idaho

_____
Wendy J. Olson
Assistant United States Attorney

LORETTA KING
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division

_____
Erin Aslan
Trial Attorney
Criminal Section